# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 1:23-cr-321 (JEB) |
| v. : | |
| : | |
| JAMES RAY EPPS, SR., : | |
| : | |
| Defendant. : | |

## MOTION TO APPEAR IN PERSON FOR SENTENCING

Sentencing in this matter is scheduled for December 20, 2023. Per the defendant's request, the Court has permitted the parties to appear via Zoom.

As the Court has experienced in this and other cases, however, undersigned counsel for the government's Zoom connection is unreliable. Despite multiple efforts to fix the issue, it remains a problem. Accordingly, in the interests of accomplishing a smooth sentencing proceeding and ensuring that the Court has the benefit of hearing the government's full argument, the United States respectfully requests that the Court allow government counsel to appear in person.

The government has no objection to the defendant (and his counsel) appearing by Zoom.

Defense counsel communicated that he does not object to this motion.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar Number 481052

*/s/ Michael M. Gordon*
MICHAEL M. GORDON
Senior Trial Counsel, Capitol Siege Section
Assistant United States Attorney

Florida Bar. No. 1026025  
400 N. Tampa Street, Suite 3200  
Tampa, Florida 33602-4798  
michael.gordon3@usdoj.gov  
(813) 274-6000

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 1:23-cr-321 (JEB) |
| v. : | |
| : | |
| JAMES RAY EPPS, SR., : | |
| : | |
| Defendant. : | |

## ORDER

Upon consideration of the United States' motion seeking to appear in person for sentencing, it is hereby

ORDERED, that the motion is GRANTED.

Date: _____

THE HONORABLE JAMES E. BOASBERG
UNITED STATES DISTRICT JUDGE